**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **P.T.L.,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:24-cv-4317** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **RED ROOF INNS, INC.,** *et al.*, | : | **Magistrate Judge Kimberly A. Jolson** |
| | : | |
| **Defendants.** | : | |

## ORDER

On April 17, 2026, Magistrate Judge Jolson ordered Plaintiff P.T.L. to show cause why Plaintiff's claims against Defendant Br-La Realty, LLC, upon which default was entered in May 2025, should not be dismissed for want of prosecution. (ECF No. 72 at 1). On April 30, 2026, Plaintiff filed a voluntary Motion to Dismiss without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). (ECF No. 79 at 1). To date, no party has objected. Plaintiff's Motion is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), this case is **DISMISSED without prejudice**.

  **IT IS SO ORDERED.**

  _____
  **ALGENON L. MARBLEY**
  **UNITED STATES DISTRICT JUDGE**

**DATED: May 28, 2026**